ntchrg (rev. 05/11)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: §
Total Diagnostix Labs, LLC §
§ Case No.: 18–40938–rfn11
Debtor(s) § Chapter No.: 11
§
Channel (H), Inc. §
Plaintiff(s) § Adversary No.: 18–04100–rfn
vs. §
Cquentia Series, LLC  et al. §
Defendant(s) §

# NOTICE SETTING STATUS CONFERENCE

A status conference has been set in the U.S. Bankruptcy Court for **April 25, 2018** at **1:30 p.m.** before the Honorable Russell F. Nelms at 501 W. 10th St., Room 204, Fort Worth, TX 76102 to consider

Notice of Removal.

DATED:  April 13, 2018            FOR THE COURT:
                                  Jed G. Weintraub, Clerk of Court

                                  by: /s/J. McCrory, Deputy Clerk